IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

C.B., MOTHER OF S.B. AND S.B.,
CHILDREN,

       Appellant,

 v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

       Appellee.

_____/

Case No.  5D21-3170
LT Case No. 2020-DP-15

Decision filed August 26, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Crystal Baez, Brooksville, pro se.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Amanda Victoria Glass, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.